**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

|   |   |
|---|---|
| Plaintiff(s), | ) <br> ) <br> ) CIVIL ACTION <br> ) CASE NO. |
| v. | ) <br> ) <br> ) |
| Defendant(s). | ) |

# A D R   R E P O R T

**TYPE OF ADR:**        **Mediation** ☐        **Other:**_____ ☐

**Name of Mediator or other Neutral:**

**ADR Session Held (date):**

**Additional Session(s) Held, if any (date):**

**Results of Referral to ADR:**

___ Case settled **before** ADR          ___ Case did **not** settle

___ Case settled **at** ADR session       ___ Case settled in part

**Mediation Fees** (answer only if private mediator used):
Did neutral serve pro bono?  Yes ☐  or No ☐.

Did neutral serve for a reduced fee?  Yes ☐  or No ☐.

**Status of litigation when ADR occurred**–please check one:
TRO ☐          pre-discovery ☐          partial discovery ☐          discovery complete ☐
pending dispositive motion ☐          After dispositive motion ruling ☐          other ☐ _____

**Length of ADR session**:

Dated:_____                          _____
                                                 Attorney Signature

**(ATTENTION: This form is to be FILED by defense counsel within fourteen days of the conclusion or cancellation of the ADR session. This form must be completed and returned even if the ADR session was not held. Additional forms may be retrieved from the Court's website at https://ksd.uscourts.gov/attorney-forms).**

**THIS FORM IS <u>FILED</u>**

No information other than that specifically requested should be included on this form.